

```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                              COUNSEL/PARTIES OF RECORD

                        NOV 16 2011

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:                            DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )  2:10-CR-274-HDM (VCF) |
| PHET LOI NAOVARATH, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

On November 16, 2011, defendant PHET LOI NAOVARATH pled guilty to a Nine-Count Criminal Superseding Indictment charging defendant in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1349, and in Counts Two through Nine with Wire Fraud in violation of Title 18, United States Code, Section 1343, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Superseding Indictment and agreed to in the Plea Memorandum.

This Court finds that PHET LOI NAOVARATH shall pay a criminal forfeiture money judgment of $600,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from PHET LOI NAOVARATH a criminal forfeiture money judgment in the amount of $600,000.00 in United States Currency.

DATED this 16th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE