

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHET LOI NAOVARATH,<br><br>　　　　　Defendant. | 2:10-CR-274-HDM (VCF) |

## ORDER OF FORFEITURE

This Court found on November 29, 2011, that PHET LOI NAOVARATH shall pay a criminal forfeiture money judgment of $600,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Docket #68.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from PHET LOI NAOVARATH a criminal forfeiture money judgment in the amount of $600,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 27th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE