IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-00274-HDM-VCF |
| vs. | ORDER |
| PHET LOI NAOVARATH, | |
| Defendant. | |

The court recommends that Phet Loi Naovarath be housed at Terminal Island.

It is so ordered.

Dated this 26th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE